| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Precision Industrial Contractors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**91-2139290** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1555 Downriver Drive**<br>**Woodland, WA**<br>ZIP Code **98674** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cowlitz** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| (Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Precision Industrial Contractors, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Precision Industrial Contractors, Inc.**

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ Thomas W. Stilley**
Signature of Attorney for Debtor(s)

**Thomas W. Stilley 883167**
Printed Name of Attorney for Debtor(s)

**Sussman Shank LLP**
Firm Name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**

Address

**Email: tstilley@sussmanshank.com**
**503-227-1111**
Telephone Number

**November  5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rodney E. Schultz**
Signature of Authorized Individual

**Rodney E. Schultz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  5, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

In re   **Precision Industrial Contractors, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Airgas USA, LLC** PO Box 93500 Long Beach, CA 90809-3500 | **Douglas L. Jones Airgas USA, LLC 11900 NE 95th Street Suite 400 Vancouver, WA 98682 855-224-7427** | **Vendor** | | **37,293.41** |
| **Applied Industrial Technologies** PO Box 100538 Pasadena, CA 91189-0538 | **Neil Schrimsher Applied IndustrialTechnologies Corporate Headquarters One Applied Plaza Cleveland, OH 44115 216-426-4000** | **Services** | | **34,783.74** |
| **Bakersfield Pipe & Supply Inc** PO Box 60006 Los Angeles, CA 90060-0006 | **D. Daniel Byrum Bakersfield Pipe & Supply Inc 3903 Patton Way Bakersfield, CA 93308-0639 661-589-9141** | **Goods** | | **68,810.94** |
| **Dry Box, Inc.** 132 Estep Road Chehalis, WA 98532 | **Kirk Vigre Dry Box, Inc. 132 Estep Road Chehalis, WA 98532 360-262-0500** | **Goods** | | **21,216.90** |
| **Farwest Steel Corporation** PO Box 1026 Eugene, OR 97440 | **Patrick Eagan Farwest Steel Corporation 90855 Marquise Way Eugene, OR 97408 1-800-452-5091** | **Goods** | | **85,711.80** |
| **IRC Aluminum & Stainless** 9038 N. Sever Ct. Portland, OR 97203 | **Glenn Ford IRC Aluminum & Stainless 9038 N. Sever Ct. Portland, OR 97203 503-228-7110** | **Goods** | | **29,827.50** |
| **Izumi International, Inc.** P.O .Box 26954 Greenville, SC 29616 | **Izumi Ichiro Izumi International, Inc. 1 Pelham Davis Circle Greenville, SC 29615 864-288-8001** | **Services** | | **19,560.00** |

In re   **Precision Industrial Contractors, Inc.**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| KPD Insurance<br>PO Box 784<br>Springfield, OR 97477 | Kyle P. Hudson<br>KPD Insurance<br>1111 Gateway Loop<br>Springfield, OR 97477<br>541-741-0550 | Services | | 39,878.00 |
| McMaster-Carr Supply Company<br>PO Box 7690<br>Chicago, IL 60680-7690 | R.O. Delaney Jr.<br>McMaster-Carr Supply Company<br>9630 Norwalk Blvd<br>Santa Fe Springs, CA 90670-2932<br>526-692-5911 | Goods | | 45,250.39 |
| Michelman & Robinson<br>Attn: Accounts Receivable<br>10880 Wilshire Blvd<br>19th Floor<br>Los Angeles, CA 90024 | Ilse C. Scott<br>Michelman & Robinson<br>One Post Street<br>Suite 2500<br>San Francisco, CA 94104<br>415-882-7770 | Services | | 163,444.29 |
| Motion Industries<br>PO Box 98412<br>Chicago, IL 60693 | Steve Reed<br>Motion Industries<br>1121 Industrial Way<br>Longview, WA 98632<br>360-841-9181 | Services | | 84,406.45 |
| Onyx Resolution LLC<br>1220 Main St Ste 475<br>Vancouver, WA 98660 | David Hercher<br>Miller Nash<br>1400 US Bankcorp Tower<br>111 SW Fifth Ave<br>Portland, OR 97204<br>360-699-4771 | Collection Account | | 426,144.21 |
| Petrochem Insulation, Inc.<br>110 Corporate Place<br>Vallejo, CA 94590 | Cheryl Stine<br>Petrochem Insulation, Inc.<br>110 Corporate Place<br>Vallejo, CA 94590<br>206-762-0124 | Services | | 36,100.00 |
| Powder Tech, Inc<br>9900 SW Herman Road<br>PO Box 3221<br>Tualatin, OR 97062 | Joseph Lang<br>Powder Tech, Inc<br>9900 SW Herman Road<br>Tualatin, OR 97062<br>503-612-6800 | Services | | 40,771.00 |
| Precision Staffing Solutions<br>1555 Downriver Dr<br>Woodland, WA 98674 | Jennifer Stephens<br>Precision Staffing Solutions<br>1555 Downriver Dr<br>Woodland, WA 98674<br>360-947-6377 | Services | | 22,448.50 |
| Regence Blue Shield<br>PO Box 35022<br>Seattle, WA 98124-3500 | Mark B. Ganz<br>Regence Blue Shield #1500<br>100 SW Market St<br>Portland, OR 97201<br>503-225-5221 | Medical | | 50,502.37 |

In re   **Precision Industrial Contractors, Inc.**        Case No. _____

                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Superior Industrial Insulation**<br>**3855 West 150th Street**<br>**Cleveland, OH 44111-5806** | **Thomas Dake**<br>**Superior Industrial Insulation**<br>**3380 W 137th St**<br>**Cleveland, OH 44111-5806**<br>**216-252-9590** | **Services** | | **39,250.00** |
| **Thomson Reuters**<br>**Expert Witness Services**<br>**39921 Tresury Center**<br>**Chicago, IL 60694-9900** | **James Smith**<br>**Thomson Reuters**<br>**Expert Witness Services**<br>**3 Times Square**<br>**New York, NY 10036**<br>**1-646-223-4000** | **Services** | | **43,331.05** |
| **Transamerica Financial Advisors, Inc.**<br>**Pension Plan Specialist (401k)**<br>**1150 South Olive**<br>**Los Angeles, CA 90015** | **Whitney Holland**<br>**Transamerica Financial Advisors, Inc. Pension Plan**<br>**805 Broadway, Suite 600**<br>**Vancouver, WA 98660**<br>**360-694-7690** | **Services** | | **31,278.00** |
| **West Coast Metals**<br>**2455 NW Nicolai Street**<br>**Ste B**<br>**Portland, OR 97210** | **James K. Patterson**<br>**West Coast Metals**<br>**2455 NW Nicolai Street**<br>**Ste B**<br>**Portland, OR 97210**<br>**503-248-1622** | **Goods** | | **58,883.24** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 5, 2015** _____      Signature    **/s/ Rodney E. Schultz** _____

                                                                     **Rodney E. Schultz**<br>                                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | **Precision Industrial Contractors, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services and costs, I have agreed to accept .............................. $      **22,014.07**

                                                              **(For pre-petition services and costs)**

    Prior to the filing of this statement I have received .............................. $      **22,014.07**

    Balance Due .............................. $      **0.00**

    Post petition services to be billed pursuant to the fee agreement filed with the Attorney's Application to Employ at standard billing rates.

2.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):     From $27,985.93 remaining retainer and other property of the Debtor.

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **None**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    11/5/2015                           /s/ Thomas W. Stilley

                                                    **Thomas W. Stilley 883167**
                                                      **Sussman Shank LLP**
                                                      **1000 SW Broadway**
                                                      **Suite 1400**
                                                      **Portland, OR 97205**
                                                      **503-227-1111**
                                                      **tstilley@sussmanshank.com**

# United States Bankruptcy Court

## Western District of Washington

In re     **Precision Industrial Contractors, Inc.**                    ,     Case No. _____

                                                     Debtor                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rodney E. Schultz**<br>**1555 Downriver Drive**<br>**Woodland, WA 98674** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 5, 2015**_____        Signature **/s/ Rodney E. Schultz**_____

                                                                            **Rodney E. Schultz**

                                                                            **President**

       *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Washington**

In re    **Precision Industrial Contractors, Inc.**                  Case No. _____

                                          Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 5, 2015** _____      **/s/ Rodney E. Schultz** _____

                                                     **Rodney E. Schultz/President**
                                                     Signer/Title

A1 HEVI-LIFT RENTALS
1225 LATTA STREET
CHATTANOOGA, TN 37406


ACME CONSTRUCTION SUPPLY
CO, INC.
330 SE SALMON STREET
PORTLAND, OR 97214-3357


ACS URGENT CARE OF
 ALABAMA, LLC
PO BOX 101070
ATLANTA, GA 30392-1000


ADVANCED ELECTRIC SIGNS
1550 DOWNRIVER DRIVE
WOODLAND, WA 98674


AIRGAS USA, LLC
PO BOX 93500
LONG BEACH, CA 90809-3500


ALABAMA DEPT OF LABOR
649 MONROE STREET
MONTGOMERY, AL 36131


ALABAMA DEPT OF REVENUE
50 N RIPLEY ST
MONTGOMERY, AL 36132


ALABAMA DEPT OF REVENUE-
STAFFING SOLUTION
50 N RIPLEY ST
MONTGOMERY, AL 36132


ALBERTUS, CHRISTOPHER
238 CARL WADE RD
PRINCETON, WV 24739


ALBERTUS, PATRICK
238 CARL WADE RD
APT# 11
PRINCETON, WV 24739

ALLEN, RANDOLPH
138 MILITARY ROAD
CASTLE ROCK, WA 98611


ALLEN, ROBERT
138 MILITARY RD
CASTLE ROCK, WA 98611


ALLIANCE STEEL DISTRIBUTORS, LLC
3000 SE HIDDEN WAY
#40A
VANCOUVER, WA 98661


ALLY FINANCIAL VEHICLE LOAN
PO BOX 380901
BLOOMINGTON, MN 55438


APPLIED INDUSTRIAL
TECHNOLOGIES
PO BOX 100538
PASADENA, CA 91189-0538


AT&T
PO BOX 105068
ATLANTA, GA 30348-5068


ATMOS ENERGY CORPORATION
PO BOX 790311
ST. LOUIS, MO 63179-0311


AXIX CRANE
PO BOX 325
WILSONVILLE, OR 97070-9465


B & J METAL FAB
PO BOX 402
LACENTER, WA 98629


BAKERSFIELD PIPE & SUPPLY INC
PO BOX 60006
LOS ANGELES, CA 90060-0006


BALDWIN, JESSE
103 ROLEY CT
KELSO, WA 98626

BARNHART CRANE & RIGGING
PO BOX 2153
DEPT #1906
BIRMINGHAM, AL 35287-1906


BECKER TRUCKING
6350 S. 143RD STREET
TUKWILA, WA 98168


BELL, THAD
305 MOUNT SHASTA DRIVE
VANCOUVER, WA 98664


BENNETT PAPER & SUPPLY CO INC
1602 WASHINGTON STREET
VANCOUVER, WA 98660


BJORN, BROCK
10712 NE 93RD STREET
VANCOUVER, WA 98662


BODINE, NICHOLAS
669 N. BODINE ROAD
KELSO, WA 98626


BROWN-STRAUSS STEEL
150 PANEL WAY
LONGVIEW, WA 98632-1035


BRYARS, DONALD
54875 CO 47 ROAD S EXT
PERDIDO, AL 36562-2869


BURKE, MISTY
4210 NE MORROW
VANCOUVER, WA 98682


BURTON, ERIC
144 DESIREE ROAD
LONGVIEW, WA 98632


C & H INDUSTRIAL TOOL &
1160 3RD AVE
PO BOX 1807
LONGVIEW, WA 98632

CALIFORNIA LEAGUE OF FOOD PROCESSORS
1755 CREEKSIDE OAKS DRIVE
SUITE 250
SACRAMENTO, CA 95833


CARLSON TESTING, INC.
PO BOX 230997
TIGARD, OR 97281


CASCADE NATURAL GAS CORP.
PO BOX 990065
BOISE, ID 83799-0065


CASTELLUCCIO, ANTHONY
800 NW 20TH CIRCLE
BATTLE GROUND, WA 98604


CAT FINANCIAL CAPITAL SOLUTIONS
PO BOX 905010
CHARLOTTE, NC 28290-5010


CENTRAL MACHINERY SALES
1201 EAST YONEZAWA BLVD
MOSES LAKE, WA 98837


CENTRAL PRE-MIX CONCRETE, CO.
PO BOX 742421
LOS ANGELES, CA 90074


CENTRAL WELDING SUPPLY
PO BOX 179
NORTH LAKEWOOD, WA 98259


CHRYSLER CAPITAL
PO BOX 961276
FORT WORTH, TX 76161


CINTAS FIRST AID & SAFETY
PO BOX 636525
CINCINNATI, OH 45263-6525


CITY OF WOODLAND
PO BOX 9
WOODLAND, WA 98674

```
CLARK COUNTY DIST COURT (GARNISHMENT)
PO BOX 9806
VANCOUVER, WA 98666


CLARK, COLE
5040 PACIFIC WAY
LONGVIEW, WA 98632


CLARK, RANDY
207 EAGLE POINT DRIVE
WOODLAND, WA 98674


COMCAST CABLE- 4607
PO BOX 34227
SEATTLE, WA 98124-1227


COMPUTER'S MADE EASY
7700 NE GREENWOOD DR
SUITE 240
VANCOUVER, WA 98662


CONFLUENCE HEALTH
PO BOX 361
WENATCHEE, WA 98807-0361


COWLITZ COUNTY TREASURER
207 N FOURTH AVE
ROOM 202
KELSO, WA 98626-4192


COWLITZ PUD
961 12TH AVENUE
BOX 3007
LONGVIEW, WA 98632-0307


DAVID J. BUONO
DUNN CARNEY
851 SW 6TH AVE., SUITE 1500
PORTLAND, OR 97204


DAVID P. LOVIK
LOVIK & JUHL, PLLC
2412 WESTLAKE AVE N, SUITE 4
SEATTLE, WA 98109
```

```
DAVID W. HERCHER
MILLER NASH
1400 US BANKCORP TOWER
111 SW FIFTH AVE
PORTLAND, OR 97204


DENIS, ELIJAH
313 WEST 9TH STREET
APT. D
LA CENTER, WA 98629


DICKSON, CHAD
4500 NICHOLSON RD
APT# D-23
VANCOUVER, WA 98661


DRY BOX, INC.
132 ESTEP ROAD
CHEHALIS, WA 98532


DYNAMIC COLLECTORS INC  (GARNISHMENT)
790 S. MARKET BLVD
CHEHALIS, WA 98532


E.J. BARTELLS COMPANY
700 POWELL AVE S.W.
RENTON, WA 98057


ELECTRIAL RELIABILITY SERVICES, INC.
24865 NETWORK PLACE
CHICAGO, IL 60673-1248


ELLIS, DUSTIN
1241 7TH AVE
LONGVIEW, WA 98632


EMPLOYMENT SECURITY DEPT (GARNISHMENT)
PO BOX 24928
SEATTLE, WA 98124-0928


ENDRESS + HAUSER
DEPT 78795
PO BOX 78000
DETROIT, MI 48278-0795
```

ESTERLINE & SONS MFG CO.
6508 OLD CLIFTON ROAD
SPRINGFIELD, OH 45502


FARWEST STEEL CORPORATION
PO BOX 1026
EUGENE, OR 97440


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286


FEDERAL 941 - IRS
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


FEDERAL 941- IRS
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


FEDERAL EXPRESS
PO BOX 94515
PALATINE, IL 60094-4515


FEDERAL UNEMPLOYMENT
PO BOX 45249
SALT LAKE CITY, UT 84145


FERGUSON ENTERPRISES INC #3001
LBX 043090 M/S 90
PO BOX 4300
PORTLAND, OR 97208


FERGUSON ENTERPRISES INC #3007
WOLSELEY INDUSTRIAL GROUP
PO BOX 847411
DALLAS, TX 75284-7411


FERGUSON ENTERPRISES INC #501
PO BOX 417592
BOSTON, MA 02241-7592


FERGUSON, IVAN
36505 WASHOUGAL RIVER ROAD
WASHOUGAL, WA 98671

FLEETMATICS USA LLC
PO BOX 347472
PITTSBURGH, PA 15251-4472


FREDERICK S. CARMAN
KARPSTEIN & VERHULST, P.C.
220 NE THIRD AVE
HILLSBORO, OR 97124


GALVANIZERS COMPANY
2406 N W 30TH AVENUE
PORTLAND, OR 97210


GIDI PROMOTIONS
539 SE DIVISION PLACE
PORTLAND, OR 97202


GLADYS DRYWALL
1201 W 29TH STREET
VANCOUVER, WA 00099-8660


GRAINGER
DEPT 824364897
PO BOX 419267
KANSAS CITY, MO 64141-6267


GREN, JESSIE
P.O. BOX 1415
MILTON, WA 98354


GREN, MIKE
P.O. BOX 1415
MILTON, WA 98354


HAMAN, ANDREW
350 N GREEN GABLES LOOP
RIDGEFIELD, WA 98642


HDS WHITE CAP CONSTRUCTION
SUPPLY
PO BOX 6040
CYPRESS, CA 90630-0040

HEURLIN, POTTER, JAHN, LEATHAN
& HOLTMAN
PO BOX 611
VANCOUVER, WA 98666


HILTI INC
PO BOX 382002
PITTSBURGH, PA 15250-8002


HISTRENGTH BOLT
21257 84TH AVE S.
KENT, WA 98032


HOME DEPOT CREDIT SERVICES
DEPT. 32-2014
PO BOX 183175
COLUMBUS, OH 43218-3175


HORACEK, KIMBERLY
1720 NE 16TH LOOP
BATTLE GROUND, WA 98604


HUB CONSTRUCTION SPECIALTIES INC
PO B1269
SAN BERNARDINO, CA 92402-1269


HUBBARD, TRAVIS
330 INSEL ROAD
WOODLAND, WA 98674


HUDSON BAY INSULATION
PO BOX 80424
SEATTLE, WA 98108


IFM EFECTOR INC
PO BOX 8538-307
PHILADELPHIA, PA 19171-0307


INDUSTRIAL INFO RESOURCES, INC.
2277 PLAZA DRIVE
SUITE 300
SUGAR LAND, TX 77479

INDUSTRIAL TRADESMAN MAGAZINE
4701 WRIGHTVILLE AVE
STE D-1
WILMINGTON, NC 28403


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IPOCK, DARREN
167 SE JOHNSON RD
PO BOX 1463
KALAMA, WA 98625


IRC ALUMINUM & STAINLESS
9038 N. SEVER CT.
PORTLAND, OR 97203


IZUMI INTERNATIONAL, INC.
P.O .BOX 26954
GREENVILLE, SC 29616


J T RYERSON & SONS, INC.
24487 NETWORK PLACE
CHICAGO, IL 60673-1244


J2 BLUE PRINT SUPPLY CO
8100 N E ST JOHNS RD
STE D101
VANCOUVER, WA 98665


JACK, JAMES
830 LITTLE AVE
CASTLE ROCK, WA 98611


JAMMIE'S ENVIRONMENTAL INC
PO BOX 1120
LONGVIEW, WA 98632


JANUARY, JESSE
C/O TERRY PRATT
#300 300 SW HART ST
WINSTON, OR 97496

JEFF H. YUSEN
YUSEN & FRIEDRICH
215 NE 40TH STREET SUITE C-2
SEATTLE, WA 98105


JESTER, ROBERT
3904 NE 122ND AVE
VANCOUVER, WA 98682


JOHNSON, CRAIG
5055 N. MEEKER RD
SPACE 5
KALAMA, WA 98625


JOHNSON, KYLE
3016 NE 98TH CIR
VANCOUVER, WA 98665


JORDAN RAMIS PC
ATTORNEYS AT LAW
TWO CENTERPOINTE DRIVE
6TH FLOOR
LAKE OSWEGO, OR 97035


JUREK, JAY
403 SE 103RD AVE
VANCOUVER, WA 98664


KELLEY, BRADLEY
355 YALE BRIDGE RD
ARIEL, WA 98603


KELLY MCCOY
ATTORNEYS AT LAW
340 E. PALM LANE, SUITE 300
PHOENIX, AZ 85004


KILLE, BRAD
P.O. BOX 873021
VANCOUVER, WA 98687


KOERGER, GIL
PO BOX 695
LAKE OSWEGO, OR 97034

```
KOPING JR., ROY
235 S E 85TH
PORTLAND, OR 97216


KPD INSURANCE
PO BOX 784
SPRINGFIELD, OR 97477


KY-RO, INC
PO BOX 2478
TUALATIN, OR 97062


L.G. ISAACSON CO.
PO BOX 127
ABERDEEN, WA 98520


LAMB III, ROY
168 MCMILLAN DRIVE
LONGVIEW, WA 98632


LANE, JERRY
14325 SW HWY18
MCMINVILLE, OR 97128


LASER CUTTING SERVICES, INC.
PO BOX 4150
TUALATIN, OR 97062


LAYTHAM, DOUGLAS
606 NORTH 10TH
KELSO, WA 98626


LEAKE, CAROL
12709 NE 79TH STREET
VANCOUVER, WA 98682


LEAKE, LARRY
13805 N E 45TH STREET
VANCOUVER, WA 98682


LESTER, ALAN
P.O. BOX 1996
WOODLAND, WA 98674
```

LIBERTY METAL FAB, INC.
4115 N. E. 148TH AVE.
PORTLAND, OR 97230


LIFEMAP ASSURANCE
PO BOX 35023
SEATTLE, WA 98124-3500


LINGLE, DAWN
P.O. BOX 567
AMBOY, WA 98601


LOWE'S
6832 BUSINESS ACCT/GECRB
PO BOX 530970
ATLANTA, GA 30353-0970


MALLORY SAFETY & SUPPLY LLC
PO BOX 2068
LONGVIEW, WA 98632


MARSHALL, REBECCA
210 NE 176TH AVE
VANCOUVER, WA 98684


MARTELL, TIFFANY
36605 NE HOLLING AVE
LA CENTER, WA 98629


MATHESON TRI-GAS, INC.
3030 NW 29TH AVE
PORTLAND, OR 97210


MCBAIN, ROBERT
4105 NW 119TH STREET
VANCOUVER, WA 98685


MCDONALD, CATLIN
8524 WEST GAGE BLVD.
A1 165
KENNEWICK, WA 99336


MCK TOOL & SUPPLY
PO BOX 1465
VANCOUVER, WA 98668-1465

MCKINNEY, JAMES
713 MAIN WARDNER STREET
WARDNER, ID 83837


MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690


MD STRUCTURAL
1840 N WINCHELL STREET
PORTLAND, OR 97217


MFCP INC.
8433 SOLUTION CENTER
CHICAGO, IL 60677-8004


MICHELMAN & ROBINSON
ATTN: ACCOUNTS RECEIVABLE
10880 WILSHIRE BLVD
19TH FLOOR
LOS ANGELES, CA 90024


MILLER, MARTY
12811 NE 249TH STREET
BATTLE GROUND, WA 98604


MINUTEMAN-VANCOUVER
12004 NE 4TH PLAIN ROAD
SUITE D
VANCOUVER, WA 98682


MODERN BUILDING SYSTEMS, INC.
PO BOX 110
9493 PORTER ROAD
AUMSVILLE, OR 97235


MODERN MACHINERY
PO BOX 16660
MISSOULA, MT 59808


MONKMAN, STEVE
11419 NE 30TH CIRCLE
VANCOUVER, WA 98682

```
MOSES LAKE STEEL
1502 W. BROADWAY AVE
MOSES LAKE, WA 98837


MOTION INDUSTRIES
PO BOX 98412
CHICAGO, IL 60693


MULDOON, MICHAEL
5104 NE 24TH AVE
VANCOUVER, WA 98663


MUNDY, DRAKE
60 BIRCH PLACE
P.O. BOX 187
ARLINGTON, OR 97812


MUNDY, TYSON
60 BIRCH PLACE
P.O. BOX 187
ARLINGTON, OR 97812


NANCY K. CARY
HERSHNER HUNTER LLP
PO BOX 1475
EUGENE, OR 97440


NAYLOR, ALLEN
1139 MARGARET STREET E
MONMOUTH, OR 97361


NAYLOR, ROBERT
315 ROSEWOOD ST
WOODLAND, WA 98674


NORTHERN ENERGY PROPANE
PO BOX 520
WOODLAND, WA 98674


NORTHWEST SCALE SYSTEMS
PO BOX 1191
TUALATIN, OR 97062
```

OIL CAN HENRY'S
1489 PACIFIC AVENUE
WOODLAND, WA 98674


OLD REPLUBLIC SURETY COMPANY
10220 SW BREENBURG RD #640
PORTLAND, OR 97223


OLESEN, GREGORY
10005 NE 10TH STREET
VANCOUVER, WA 98664


ONYX RESOLUTION LLC
1220 MAIN ST STE 475
VANCOUVER, WA 98660


OREGON DEPARTMENT OF REVENUE
PO BOX 14780
SALEM, OR 97309-0469


OREGON DEPARTMENT OF REVENUE
STAFFING SOLUTIONS
PO BOX 14780
SALEM, OR 97309-0469


OREGON DEPT OF JUSTICE
PO BOX 14506
SALEM, OR 97309-0420


OREGON DEPT OF REVENUE
ODR BANKRUPTCY
955 CENTER STREET, NE #353
SALEM, OR 97310


OREGON DEPT OF REVENUE
PO BOX 14800
SALEM, OR 97309-0920


OREGON DEPT OF REVENUE
– STAFFING SOLUTIONS
PO BOX 14800
SALEM, OR 97309-0920

OREGON DEPT OF TRANSPORTATION
MOTOR CARRIER
3930 FAIRVIEW INDUSTRIAL DRIVE
SALEM, OR 97302-1166


OREGON MOBILE REPAIR
PO BOX 66426
PORTLAND, OR 97290


OZARKA DIRECT
PO BOX 856680
LOUISVILLE, KY 40285-6680


PACIFIC LIFE INSURANCE, CO
PO BOX 2030
OMAHA, NE 68103


PACIFIC MACHINE & DEVELOP INC
5600 NE 78TH ST
VANCOUVER, WA 98665


PACIFIC MACHINERY & TOOL STEEL CO.
3445 NW LUZON STREET
PORTLAND, OR 97210


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PARMENTER, ROXANNA
P.O. BOX 131
LOWELL, OR 97452


PARR LUMBER
1111 S TIMM RD
RIDGEFIELD, WA 98642


PATRIOT FIRE PROTECTION, INC.
2707 70TH AVE EAST
TACOMA, WA 98424


PEACEHEALTH MEDICAL GROUP
OCC. HEALTH
1405 DELAWARE
LONGVIEW, WA 98632

PECK, THOMAS
471 S. 6TH STREET
LEBANON, OR 97355


PERFORMANCE CONTRACTING INC
BOX 872346
KANSAS CITY, MO 64187


PETROCHEM INSULATION, INC.
110 CORPORATE PLACE
VALLEJO, CA 94590


PHILLIPS, JONATHAN
2140 DELAMETER RD
CASTLE ROCK, WA 98611


PITNEY BOWES CREDIT CORP
PO BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


PLATT
PO BOX 418759
BOSTON, MA 02241-8759


PORTLAND FASTENERS
330 SW SALMON ST
PORTLAND, OR 97214-3357


POWDER TECH, INC
9900 SW HERMAN ROAD
PO BOX 3221
TUALATIN, OR 97062


PRAXAIR DISTRIBUTION
PO BOX 120812
DEPT 0812
DALLAS, TX 75312-0812


PRECISION STAFFING SOLUTIONS
1555 DOWNRIVER DR
WOODLAND, WA 98674

PUGET SOUND PIPE & SUPPLY CO #8
110 Y STREET
VANCOUVER, WA 98661


QUILL
PO BOX 37600
PHILADELPHIA, PA 19101-0600


RAND WORLDWIDE SUBSIDIARY INC
28127 NETWORK PLACE
CHICAGO, IL 60673-1281


RAY, JASON
3109 XAVIER AVE
VANCOUVER, WA 98660


RED-D-ARC, INC
685 LEE INDUSTRIAL BLVD
AUSTELL, GA 30168


REGENCE BLUE SHIELD
PO BOX 35022
SEATTLE, WA 98124-3500


REGENTS BANK ASSET RECOVERY
LOAN
355 S. GRAND AVENUE SUITE 2400
LOS ANGELES, CA 90071


REGENTS BANK EQUIPMENT LOAN
355 S. GRAND AVENUE
SUITE 2400
LOS ANGELES, CA 90071


REGENTS BANK OPERATING LINE
355 S. GRAND AVENUE
SUITE 2400
LOS ANGELES, CA 90071


REGENTS BANK VISA
PO BOX 569120
DALLAS, TX 75356

```
REGENTS BANK, A DIVISION OF
GRANDPOINT BANK
875 PROSPECT STREET SUITE 201
LA JOLLA, CA 92037


RODNEY E. SCHULTZ
1555 DOWNRIVER DRIVE
WOODLAND, WA 98674


ROMANCHOCK, JOHN
21707 N E 159TH STREET
BRUSH PRAIRIE, WA 98606


SAMUEL PRESSURE VESSEL GROUP
INC (SPVG)
PO BOX 673949
DETROIT, MI 48267-3949


SANCHEZ, MICHAEL
5308 NE 249TH STREET
RIDGEFIELD, WA 98642


SANDERSON THE SAFETY COMPANY
1101 SE 3RD AVE
PORTLAND, OR 97214


SCHULTZ JR, RODNEY
140 N. BURKE RD
WOODLAND, WA 98674


SCHULTZ, RODNEY
4961 GREEN MT ROAD
KALAMA, WA 98625


SCURRAH, GLEN
PO BOX 1457
BRUSH PRAIRIE, WA 98606


SEWARD, JAMES
121 ROLLINGWOOD DRIVE
KELSO, WA 98626


SHELL
PO BOX 689010
DES MOINES, IA 50368-9010
```

```
SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


SIEVILA, LOREN
166 RIVERSCOPE RD
KALAMA, WA 98625


SIGNATURE SECURITY
PO BOX 3322
VANCOUVER, WA 98668


SIMENSEN, ERIC
34504 NE ADAMS PLACE
LA CENTER, WA 98629


SMITH, WAYNE
P.O. BOX 647
5915 NE 399TH STREET
LA CENTER, WA 98629


SODERBERG, SCOTT
601 3RD STREET
APT# 304
CLARKSTON, WA 99403-1911


STEEL PAINTERS INC
700 COLORADO ST
KELSO, WA 98626


STEVENSON, THERAN
1214 NW 21ST PLACE
BATTLE GROUND, WA 98604


STEWART, MICHAEL
14516 SE POPPY HILLS DRIVE
HAPPY VALLEY, OR 97086


STOCKTON WINDUSTRIAL COMPANY
1609 E MINER AVE
STOCKTON, CA 95205-4538


STRICKER, JOHN
10502 NE 88TH STREET
VANCOUVER, WA 98662
```

SUMITOMO DRIVE TECHNOLOGIES
PO BOX 60638
CHARLOTTE, NC 28260-0638


SUMMIT CONTRACTING
3032 NE 181ST AVE
PORTLAND, OR 97230


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211


SUPERIOR INDUSTRIAL INSULATION
3855 WEST 150TH STREET
CLEVELAND, OH 44111-5806


SURPLUS RECORD ACCOUNTS
RECEIVABLE
20 N. WACKER DR SUITE 2400
CHICAGO, IL 60606-3004


THE LETTER BOX
1087 LEWIS RIVER RD
WOODLAND, WA 98674


THE STEEL YARD
6880 NE COLUMBIA BLVD
PO BOX 4828
PORTLAND, OR 97208


THOMSON REUTERS
EXPERT WITNESS SERVICES
39921 TRESURY CENTER
CHICAGO, IL 60694-9900


TRANSAMERICA FINANCIAL
ADVISORS, INC.
PENSION PLAN SPECIALIST (401K)
1150 SOUTH OLIVE
LOS ANGELES, CA 90015


TRAVLERS
13607 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

UL LLC
75 REMITTANCE DRIVE
SUITE #1524
CHICAGO, IL 60675-1524


ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIT PROCESS COMPANY
834 - 80TH ST. SW
SUITE 300
EVERETT, WA  98203, WA 98203


UNITED WESTERN SUPPLY COMPANY
PO BOX 83149
PORTLAND, OR 97283


UNIVERSAL PREMIUM FLEET CARD
MASTERCARD
PO BOX 923928
NORCROSS, GA 30010


VANCOUVER BOLT & SUPPLY INC
805 W 11TH STREET
VANCOUVER, WA 98660


VANCOUVER ROOFING & SHEET
METAL COMPANY
PO BOX 8951
VANCOUVER, WA 98668


VERDUGO, JUAN
7402 NE 131ST AVE
VANCOUVER, WA 98682


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VISHAY TRANSDUCERS, LTD
25712 NETWORK PLACE
CHICAGO, IL 60673-1257

WA CHILD SUPPORT (GARNISHMENTS)
PO BOX
OLYMPIA, WA 98504-5868


WARD JET, INC.
PO BOX 517
180 SOUTH AVE
TALLMADGE, OH 44278


WARREN, ZACHARY
411 WEST E STREET
RAINIER, OR 97048


WASHINGTON CRANE &
HOIST CO INC
1334 THORNTON AVE SW
PACIFIC, WA 98047


WASHINGTON DEPARTMENT OF LABOR
& INDUSTRY
PO BOX 24106
SEATTLE, WA 98124-6524


WASHINGTON DEPT OF REVENUE
CASH MANAGEMENT SECTION
PO BOX 47464
OLYMPIA, WA 98504-7464


WASHINGTON EMPLOYMENT SECURITY
DEPARTMENT
PO BOX 34467
SEATTLE, WA 98124-1467


WASHINGTON EMPLOYMENT SECURITY DEPT
PO BOX 34467
SEATTLE, WA 98124-1467


WASHINGTON STATE DEPT. OF
ECOLOGY CASHIERING UNIT
PO BOX 47611
OLYMPIA, WA 98504-7611


WASTE CONTROL
PO BOX 148
KELSO, WA 98626

WEBEX, INC.
PO BOX 6611
CAROL STREAM, IL 60197-6611


WELLS FARGO EQUIPMENT FINANCE
INC.
1540 W FOUNTAINHEAD PARKWAY
TEMPE, AZ 85282


WELLS FARGO EQUIPMENT FINANCE
NW - 8178
PO BOX 1450
MINNEAPOLIS, MN 55485


WEST COAST METALS
2455 NW NICOLAI STREET
STE B
PORTLAND, OR 97210


WEST COAST WIRE ROPE & RIGGING
2900 NW 29TH AVENUE
PO BOX 5999
PORTLAND, OR 97228-5999


WEST, SANDY
75485 MESERVE ROAD
RAINIER, OR 97048


WHITE, MICHAEL
PO BOX 915
WARRENTON, OR 97146


WILDES, ROBERT
14907 NE 34TH STREET
VANCOUVER, WA 98682


WILLIAMSON, WYATT
4961 GREEN MT. ROAD
KALAMA, WA 98625


WOOD'S LOGGING SUPPLY, INC
PO BOX K
LONGVIEW, WA 98632

WOODLAND AUTO SUPPLY
1015 PACIFIC
PO BOX 1867
WOODLAND, WA 98674


WOODLAND INN & SUITES
1380 ATLANTIC AVE
WOODLAND, WA 98674


YUMA COUNTY TREASURER
C/O ANGELA PANCRAZ MORENO
410 MAIDEN LANE, SUITE C
YUMA, AZ 85364

# United States Bankruptcy Court
## Western District of Washington

In re __Precision Industrial Contractors, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Precision Industrial Contractors, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 5, 2015__

Date

/s/ Thomas W. Stilley

**Thomas W. Stilley 883167**

Signature of Attorney or Litigant

Counsel for   **Precision Industrial Contractors, Inc.**

**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
**503-227-1111**
**tstilley@sussmanshank.com**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

| In re | **Precision Industrial Contractors, Inc.** | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Rodney E. Schultz**, declare under penalty of perjury that I am the **President** of **Precision Industrial Contractors, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Rodney E. Schultz, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Rodney E. Schultz, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Rodney E. Schultz, President** of this Corporation is authorized and directed to employ **Thomas W. Stilley 883167**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case."

Date  11/5/2015                        Signed  /s/ Rodney E. Schultz
                                               **Rodney E. Schultz**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Resolution of Board of Directors
of
**Precision Industrial Contractors, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Rodney E. Schultz, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Rodney E. Schultz, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Rodney E. Schultz, President** of this Corporation is authorized and directed to employ **Thomas W. Stilley 883167**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case.

Date  11/5/2015                                      Signed  **/s/ Rodney E. Schultz**

Date  _____          Signed  _____